**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

| | |
|---|---|
| **GREGORY JEROME CULVER,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| v. ) | **CAUSE NO. 3:06-CV-271 AS** |
| ) | |
| **SUPERINTENDENT MIAMI** ) | |
| **CORRECTIONAL FACILITY,** ) | |
| ) | |
| **Respondent.** ) | |

**OPINION AND ORDER**

Gregory Jerome Culver, a *pro se* prisoner, seeks leave to proceed *in forma pauperis* on appeal. Pursuant to 28 U.S.C. § 1915(a)(3), "An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." Substantively, this appeal is not taken in good faith for the reasons stated in this court's order dated January 9, 2007 (docket #20). Mr. Culver may still proceed with this appeal, but to do so he must pay the full $455.00 filing fee in advance.

For the foregoing reasons, the court:

(1) DENIES the motion for leave to proceed on appeal *in forma pauperis* (docket #30);

(2) GRANTS Gregory Jerome Culver to and including March 13, 2007, within which to pay the $455.00 filing fee; and

(3) CAUTIONS Gregory Jerome Culver, that if he does not pay this filing fee by that date, this appeal may be dismissed without further notice.

**IT IS SO ORDERED.**

**ENTERED: February 27, 2007**

                                             **S/ ALLEN SHARP**
                                  **ALLEN SHARP, JUDGE**
                                  **UNITED STATES DISTRICT COURT**